IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:23-cr-100 |
| | ) | |
| v. | ) | INFORMATION |
| | ) | |
| WILLIAMS CONTRACTING, LLC, | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 924(d) |
| Defendant. | ) | 18 U.S.C. § 1001(a)(2) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
**(Conspiracy to Make False Statements to the ATF)**

Beginning in or about September 2020, and continuing through and including August 2021, in the Southern District of Iowa and elsewhere, the defendant, WILLIAMS CONTRACTING, LLC, knowingly and willfully conspired with known persons to knowingly and willfully make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of a department or agency of the United States, namely, the ATF, a materially false, fictitious, and fraudulent statement and representation, namely, law letters purportedly requesting the demonstration of machine guns, in violation of Title 18, United States Code, Section 1001(a)(2), and one or more members of the conspiracy did commit at least one overt act in furtherance of the conspiracy, including the following: in or about April 2021, August 2021, and September 2021, WILLIAMS CONTRACTING, LLC purchased machine guns and facilitated the transfer of those machine guns with law letters that

falsely stated the machine guns would be demonstrated to the Adair, Iowa Police Department ("Department") for potential future purchase by the Department.

This is a violation of Title 18, United States Code, Section 371.

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Count 1 of this Information, the defendant, WILLIAMS CONTRACTING, LLC, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to:

| Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|
| Grain Sporting Goods LLC | Sporter | 7.62 | S033554 |
| One Shot Inc | LAR15 | 5.56 | CM64429 |
| John's Guns | FSL | 308 | X00967 |
| H&K | HK33KA3 | 223 | 11387 |
| CCARM | PPSH-41 | 7.62x25 | 0006 |
| [Imported NFA Firearm] | 1950 | 9 | 5100018 |
| H&K | UMP40 | 40 | 162001006 |
| CCARM | 1919-A4 | 30.06 | 015 |
| 2A Armament | Balios-Lite | 5.56 | BC00836 |
| John's Guns | M60E3 | 308 | PSXMGM60E3001 |

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

        Richard D. Westphal
        United States Attorney

By: _____
        Mikaela J. Shotwell
        Ryan W. Leemkuil
        Assistant United States Attorneys

        Shai D. Gonzales
        Special Assistant United States Attorney